# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>EDWARD JAMES CAMPBELL<br>SANDRA DEE CAMPBELL<br>Debtors | Case No. 1:22-bk-01616-HWV |
| Freedom Mortgage Corporation,<br>Movant | Chapter 13 |
| vs.<br>EDWARD JAMES CAMPBELL<br>SANDRA DEE CAMPBELL<br>Respondents | 11 U.S.C. §362 |

## ORDER

Upon consideration of the Stipulation resolving the Motion for Relief from the Automatic Stay filed by Movant, Doc. 45, it is

**ORDERED** that the Stipulation is approved.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 12, 2023