IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| Edward James Campbell : | |
| Sandra Dee Campbell : | |
|    Debtors : | CASE NO. 1:22-bk-01616-HWV |
| : | CHAPTER 13 |
| : | |

To the Clerk:

Please mark docket entry 64 as withdrawn.

                          Respectfully submitted,

                          LAW OFFICES OF JOHN M. HYAMS

January 8, 2024                By:   /s/ John M. Hyams
                                      John M. Hyams
                                      2023 North 2nd Street
                                      Harrisburg, PA 17102
                                      (717) 520-0300
                                      Attorney for Debtors