United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Edward James Campbell  
Sandra Dee Campbell  
    Debtors

Case No. 22-01616-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: May 23, 2024      Form ID: pdf010      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward James Campbell, Sandra Dee Campbell, 4548 London Ave., Elizabethtown, PA 17022-8734 |
| 5492495 | + | Comenitycapital/WyndhamVacationClub, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5492502 | + | Keystone Crd, 664 Furnace Hills Pike, Lititz, PA 17543-8907 |
| 5495006 | + | NEW CUMBERLAND FEDERAL CREDIT UNION, P.O. BOX 658, NEW CUMBERLAND, PA 17070-0658 |
| 5492504 | + | New Cumberland F C U, 345 Lewisberry Rd, New Cumberland, PA 17070-2306 |
| 5492505 | + | Newday Fin Llc/service, 8160 Maple Lawn Blvd, Fulton, MD 20759-2615 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 18:55:09 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 23 2024 18:55:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 23 2024 18:47:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2024 18:55:16 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5492491 | + | Email/Text: Bankruptcy@BAMcollections.com | May 23 2024 18:46:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 5495297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 23 2024 18:55:05 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5492492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 18:55:03 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5492493 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 18:55:15 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5504326 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 18:54:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5492494 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 18:55:14 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5492496 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2024 18:55:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5492497 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 23 2024 18:54:58 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5492512 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 23 2024 18:46:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5494515 | | Email/Text: mrdiscen@discover.com | May 23 2024 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5492498 | + | Email/Text: mrdiscen@discover.com | May 23 2024 18:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5492499 | | Email/Text: rj@ffcc.com | May 23 2024 18:46:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 5492500 | | Email/Text: collecadminbankruptcy@fnni.com | May 23 2024 18:46:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5503631 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 23 2024 18:46:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5500643 | ^ | MEBN | May 23 2024 18:41:50 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5492501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2024 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5492503 | + | Email/Text: EBNBKNOT@ford.com | May 23 2024 18:47:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5493598 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 18:55:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5499606 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 18:55:10 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492516 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2024 18:47:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5492514 | | Email/Text: fesbank@attorneygeneral.gov | May 23 2024 18:47:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5492506 | | Email/Text: joey@rmscollect.com | May 23 2024 18:47:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5492507 | + | Email/Text: enotifications@santanderconsumerusa.com | May 23 2024 18:47:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5496836 | + | Email/Text: enotifications@santanderconsumerusa.com | May 23 2024 18:47:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5505334 | | Email/Text: bankruptcy@springoakscapital.com | May 23 2024 18:46:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 5492508 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2024 18:54:58 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5492853 | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2024 18:54:59 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma, OK 73118-7901 |
| 5492509 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2024 18:55:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5492510 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2024 18:55:12 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5492515 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 23 2024 18:46:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5492517 | ^ | MEBN | May 23 2024 18:43:09 | United States Attorney, PO Box 11754, |

| | | | | |
| --- | --- | --- | --- | --- |
| 5504246 | | Email/PDF: ebn_ais@aisinfo.com | May 23 2024 18:55:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 Harrisburg, PA 17108-1754 |
| 5492511 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 23 2024 18:55:13 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 5501366 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 23 2024 18:55:07 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5492513 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5504694 | *+ | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Sandra Dee Campbell jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Edward James Campbell jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor New Day Financial LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |

| | | |
|---|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com morroncraigecf@gmail.com | |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| EDWARD JAMES CAMPBELL | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 1-22-bk-01616-HWV |

SANDRA DEE CAMPBELL
    Debtor 2

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
  vs.    Movant(s)

EDWARD JAMES CAMPBELL
SANDRA DEE CAMPBELL
    Respondent(s)

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 81, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 60, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtors is dismissed. Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 23, 2024